# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

**MARC EDWARDS, ET AL,**

**vs.**

**PAUL SCHWARTZ, ET AL,**

Action No:   7:18CV00378

Date:   10/29/2018

Judge:   Michael F. Urbanski, CUSDJ

Court Reporter:   Mary Butenschoen

Deputy Clerk:   Kristin Ayersman

Plaintiff Attorney(s)

Jeremiah Andrew Denton, IV

Defendant Attorney(s)

Arthur Phillip Hawgood, III, William Moran, II, Guy Harbert, Mia Yugo, Elizabeth Hawgood

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:

Parties present telephonically for PTM hearing.

Dft presents on motion to dismiss.   Response from plaintiff. Court asks Mr. Denton to file a supplemental memorandum re paragraphs of complaint that contain defamatory statements (explicit or implied) for which he is relying on will be asking a jury to make a finding on.   Court gives dft two weeks to file that. Dft has 14 days after that to respond. Continued argument.

Court will not set trial date until study can be done, opinion can be written re claims.

Time in Court:   2:06-3:18     1 hour 12 minutes