**CLERK'S OFFICE U.S. DIST. COURT**
**AT ROANOKE, VA**
**FILED**

March 20, 2019

**JULIA C. DUDLEY, CLERK**
**BY:** K. Ayersman
**DEPUTY CLERK**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| MARC EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:18-cv-378 |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL SCHWARTZ, et al., | ) | By: Michael F. Urbanski |
| | ) | Chief United States District Judge |
| Defendants. | ) | |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, defendants' motion to dismiss for lack of personal jurisdiction, ECF No. 13, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure is **GRANTED in part** and **DENIED in part**. The defamation claims alleged in paragraphs 52, 53, 54, 55, 56, and 63 of the Amended Complaint are **DISMISSED without prejudice**. The defamation claims arising from the Letter are **DISMISSED** as to Schwartz and Lambrinidou pursuant to Rule 12(b)(2). The motion to dismiss for want of personal jurisdiction is **DENIED** as to Mays only for defamation claims arising from the Letter.

The motion to dismiss for failure to state a claim upon which relief can be granted, ECF No. 13, pursuant to Rule 12(b)(6) for all of the allegedly defamatory statements contained in the Letter is **GRANTED**. These claims are **DISMISSED with prejudice**. This same motion is **GRANTED** as to Count III, Count IV, and Count V. Insofar as Counts III–V are predicated upon the Letter, they are **DISMISSED with prejudice**. The

defendants' motion to stay discovery, ECF No. 16, is **DENIED as moot**. The defendants' motion for attorney's fees is **DENIED**.

It is **SO ORDERED**.

Entered: 03-19-19

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge